| LIC. NO. | 364587 | | PAGE | 1 OF 1 | | PISTOL LICENSE |
|---|---|---|---|---|---|---|

LICENSEE AUTHORIZED TO POSSESS THE FOLLOWING FIREARMS:

(ISSUED UNDER ARTICLE 400, PENAL LAW)
364587    BUSINESS CARRY

| MAKE | MODEL | SERIAL NO. | CAL | TYPE |
|---|---|---|---|---|
| PZZ | CONCEP | QF1541 | .45 | PA |
| **** | ****** | *********** | **** | ** |
| **** | ****** | *********** | **** | ** |
| **** | ****** | *********** | **** | ** |
| **** | ****** | *********** | **** | ** |
| **** | ****** | *********** | **** | ** |
| **** | ****** | *********** | **** | ** |

BUSINESS CARRY

CONDITIONS OF LICENSE ON REVERSE SIDE

LIC # 2005/04/21   TYPE 2008/04/04
ISS. DATE _____   EXP DATE QUEENS
BASIC PERMIT _____ COUNTY
SVITZER, ALFRED
TO   27 01 47 AVE                                    108
ADDRESS ASTORIA, NY 11101
CITY    CORP OFFICER
OCCUPATION   STANDARD INC
EMPLOYER 1962/04/04          6 02   200
DOB _____          HT ___ WT ___

CONTROL # 170044

