STATE OF NEW YORK-COUNTY: WESTCHESTER
CITY COURT: CITY OF WHITE PLAINS

05-2163

THE PEOPLE OF THE STATE OF NEW YORK
              -against-
Svitzer, Alfred (M/B Dob 4/4/62)
1701 Albemarle Rd
Brooklyn, NY 11226
                    Defendant(s)

2005 JUN 13  AM 11: 30

Be it known that the complainant herein  PO Michael LaRosa
of the City of White Plains Police Department, or of _____
accuses the defendant(s) named above of the following offenses committed at  325 Mamaroneck Ave
in the City of White Plains, NY on the  13th  day of  June  2005  at about
2:19  o'clock  AM

☒ **CRIMINAL POSSESSION OF A WEAPON IN THE THIRD DEGREE** (Sec. 265.02 Penal Law) "D" felony;
A person is guilty of criminal possession of a weapon in the third degree when:
☐ Sub1: He commits the crime of criminal possession of a weapon in the fourth degree; to wit;
☐ Sub2: He possesses any explosive or incendiary bomb, bombshell, firearm silencer, machine gun or any other firearm or weapon simulating a machine gun and which is adaptable for such use; to wit;
☐ Sub3: He knowingly has in his possession a machine gun, firearm, rifle or shotgun which has been defaced for the purpose of concealment or prevention of the detection of a crime or misrepresenting the identity of such machine gun, firearm, rifle or shotgun; to wit;
☒ Sub4: He possesses any loaded firearm; to wit;

## FACTS

On the above date, time and location the defendant did possess a loaded Sig Sauer handgun Model P220 Serial Number G182509 .45cal which was concealed in a "fannie" pack on his waist. Along in the fannie pack contained 2 loaded magazines containing 7 rounds each. Defendant was in violation of his NYC Pistol Permit which allows him to carry the pistol for Business Use only.

The above allegations of fact are made by the complainant herein on direct knowledge (and upon information and belief), with the sources of complainant's information and the grounds for his belief being Police Investigation

**NOTICE:** PURSUANT TO THE PENAL LAW, SECTION 210.45, IT IS A CRIME PUNISHABLE AS A CLASS "A" MISDEMEANOR TO KNOWINGLY MAKE A FALSE STATEMENT HEREIN.

6/13/05                                    _[signed] 174/1854_
   Dated                                          Signed