```
 1

 2

 3     STATE OF NEW YORK : COUNTY OF WESTCHESTER
       WHITE PLAINS CITY COURT : CITY OF WHITE PLAINS
 4     ----------------------------------------X
       THE PEOPLE OF THE STATE OF NEW YORK,
 5
                    - against-                    CALENDAR CALL
 6
       ALFRED SVITZER,                       Docket No.:  05-2163
 7
                            Defendant.
 8     ----------------------------------------X
                            White Plains City Court
 9                          77 South Lexington Avenue
                            White Plains, New York 10601
10                          August 4, 2005
                            9:30 A.M.
11
       B E F O R E :
12               HON. BRIAN HANSBURY,
                                      City Court Judge
13
       A P P E A R A N C E S :
14
               JEANINE PIRRO, ESQ.
15                  District Attorney of Westchester County
                    Attorney for the People
16                  Westchester County District Attorney's Office
                    111 Dr. Martin Luther King, Jr. Boulevard
17                  White Plains, New York 10601
               BY:  DARCY RYDLUN, ESQ.
18                  Assistant District Attorney

19             BRIAN G. CESARATTO, P.C.
                    Attorney for the Defendant
20                  One North Broadway
                    Suite 412
21                  White Plains, New York 10601

22

23

24
                                        GAIL SAVASTANO
25                                      Official Court Reporter
```

1

2          (Court commenced at 9:35 a.m..)

3          THE CLERK:  People versus Alfred Svitzer.

4          MR. CESARATTO:  Brian Cesaratto, for the

5  defendant.

6          Good morning, your Honor.

7          THE COURT:  Good morning, Mr. Cesaratto.

8          MR. CESARATTO:  Your Honor, this case was put

9  on from -- over from yesterday to today.

10          May we approach?

11          THE COURT:  Certainly.

12          MR. CESARATTO:  Thank you.

13          (Discussion off the record at the bench.)

14          MS. RYDLUN:  Your Honor, upon proof that the

15  defendant was duly licensed for a carry permit, the

16  People move, in the interest of justice, to dismiss

17  the charges currently pending of criminal possession

18  of a weapon in the third degree.

19          THE COURT:  All right.  That application is

20  granted without opposition.

21          Bail's exonerated.

22          Anything else, Mr. Cesaratto?

23          MR. CESARATTO:  I ask that the matter be

24  sealed, your Honor.

25          THE COURT:  File sealed.

1

2          MR. CESARATTO:   Thank you.

3                           *****

4

       CERTIFIED TO BE A TRUE AND ACCURATE TRANSCRIPT OF THE
5      MINUTES TAKEN BY ME.

6

7

8          GAIL M. SAVASTANO
           Official Court Reporter

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25